FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 2:22-cv-00095-KGB-ERE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 31 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Alexander Wesley Ray
ADC # 137950

Address: Varner Super Max P.O. Box 600 Grady Ar 71644

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Delta Regional Unit

Position: _____

Place of employment: _____

Address: Delta Regional Unit 880 East Gaines Dermott, Ar. 71638-9505

Name of defendant: _____

Position: _____

-4-

This case assigned to District Judge Baker
and to Magistrate Judge Ervin

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No X

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

      ☐    Court (if federal court, name the district; if state court, name the county): _____

      ☐    Docket Number: _____

      ☐    Name of judge to whom case was assigned: _____

      ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

      ☐    Approximate date of filing lawsuit: _____

      ☐    Approximate date of disposition: _____

IV.    Place of present confinement: __Varner Super Max  P.O. Box 600  Grady, Arkansas. 71644-0600__

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

    ____ in jail and still awaiting trial on pending criminal charges

    _X_ serving a sentence as a result of a judgment of conviction

    ____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes _X_  No ____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes X   No ___

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

When I got transfered from Delta Regional Unit to Varner Super Max in March of 2022, I was not given all my property that belonged to me, when I got transfered from Delta Regional Unit in March of 2022. The only shake down form I had was the shake down form from when I was took off behavior control, on 3-13-2022. I do not have that shake down form no more, due to transactions between moving between cells, without me being present, since I've been here at Varner Super Max. However, my property items that Delta Regional Unit did not give/stole from me is: I had 2 bowls, 3 cups, 1 pair of Tennis shoes, my legal mail, all my family letters, my clear Tunes Radio, and my Sony Ear buds, my colored pencils, and alot of my Magazines, and Newspapers, and my administration documentation paper, and my family pictures. The things I have in my cell with me, are things I have accumulated since I've been at Varner Super Max. When Delta Regional Unit inventoried my property to place me on Punitive, in January of 2022, My property was put in a black leather toat sack, and placed in the property storage room at Delta Regional Unit.

-7-

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For Delta Regional Unit to return my property to me, or replace my property to me some way somehow.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20 __22__.

Alexander
Signature(s) of plaintiff(s)

-8-

STATE OF ARKANSAS  )
                   )§
COUNTY OF Grady    )

## AFFIDAVIT

I, Alexander Wesley Ray, after first being duly sworn, do hereby swear, depos and state that: When I got transfered from Delta Regional Unit, in Dermott, Arkansas, to Varner Super Max in Grady, Arkansas, I was not given any of my personal property, that was placed in a Black leather Toat Sack, and was suposed to be placed in the property room on January 2022, at Delta Regional Unit in Dermott, Arkansas. I had 2 bowls, 3 cups, 1 pair of Tennis shoes, my family letters, my family pictures, my Legal mail, my Clear Tunes Radio, with Sony Ear Buds, my colored pencils, alot of my Hot Rod and Game informer Magazines I ordered and am recieveng, News papers, and my Administation Documentation papers, and alot of my addresses. The things I have in my cell, are what I have accumulated and received since I have been at Varner Super Max.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

5-17-2022
DATE

Alexander Wesley Ray
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 17 day of May, 2022.

NOTARY PUBLIC

My Commission Expires: 10-24-2024

WILLIE RYAS
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 10-24-2024
Commission # 12404212

Alexander W. Ray #137950
Varner Super Max
P.O. 600
Grady, Ar. 71644-0600


FIRST-CLASS MAIL
IMI
$001.76
05/26/2022 ZIP 71643
043M31231545
US POSTAGE

LEGAL MAIL

Pro Se Clerk
600 West Copital Avenue, Room A149
Little Rock, Arkansas, 72201

STATE ISSUE